In the Matter of Louis HAMBURGER, Bankrupt; Commercial Investment Trust, Inc., Petitioner. (Circuit Court of Appeals, Second Circuit. January 25, 1924.) No. 226. Petition to Revise Order of the District Court of the United States for the Southern District of New York. Leo Oppenheimer, of New York City (Leo N. Hiblum, of New York City, of counsel), for petitioner. Tanzer & Lane, of New York City (Charles J. Lane, of New York City, of counsel), for respondent. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Petition dismissed, without prejudice, in open court.

---

Henry S. HASTINGS, as Receiver of the Pittsburgh, Shawmut & Northern Railroad Company, Plaintiff in Error, v. Ralph PIZZANO, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 21, 1924.) No. 177. In Error to the District Court of the United States for the Western District of New York. Dickson & Dickson, of Wellsville, N. Y., for plaintiff in error. Hamilton Ward, of Buffalo, N. Y. (William J. Flynn, of Buffalo, N. Y., of counsel), for defendant in error. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

INTERSTATE PULP & PAPER CO., Inc., Plaintiff in Error, v. WATERBURY REPUBLICAN, Inc., Defendant in Error. (Circuit Court of Appeals. Second Circuit. January 25, 1924.) No. 200. In Error to the District Court of the United States for the Southern District of New York. Ingraham, Sheehan & Moran, of New York City (M. E. Burke, of New York City, of counsel), for plaintiff in error. Remington & Meek, of New York City (Harold Remington and B. H. Pollitt, both of New York City, of counsel), for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

Howard E. LEPPER, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 22, 1924.) No. 158. In Error to the District Court of the United States for the Western District of New York. William J. Donovan, U. S. Atty., of Buffalo, N. Y. (G. G. Depew, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment (288 Fed. 136) affirmed in open court.